UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

**CIVIL ACTION (MASTER FILE) NO. 5:06-CV-316 - KSF**
**CIVIL ACTION NO. 5:07-CV-320-KSF**

**IN RE: AIR CRASH AT LEXINGTON, KENTUCKY, AUGUST 27, 2006**

JAMIE HEBERT, Administratrix of the
    Estate of Bryan Woodward;
LAUREN MADISON HEBERT;
DAVID T. ROYSE, Conservator for
    Mattie-Kay Hebert; and
MATTIE-KAY HEBERT                                                         PLAINTIFFS

v.

COMAIR, INC. and
UNITED STATES OF AMERICA                                          DEFENDANTS

and

COMAIR, INC.                                                                   THIRD PARTY PLAINTIFF

v.

UNITED STATES OF AMERICA                                      THIRD PARTY DEFENDANT

and

TWIN CITY FIRE INSURANCE CO., INC.                 INTERVENING PLAINTIFF

v.

COMAIR, INC. and DELTA AIRLINES, INC.               DEFENDANTS

**JUDGMENT**

\* \* \* \* \* \* \* \* \* \*

       Pursuant to the Jury Verdict [DE 3693]; the Judgment dated December 9, 2009 [DE 3702]; all Orders in the above action; the Settlement Agreement between the United States of America and Comair; and subject to the liens filed herein,

**IT IS ORDERED AND ADJUDGED AS FOLLOWS:**

(1) That Plaintiff Jamie Hebert, Administratrix of the Estate of Bryan Keith Woodward shall recover of the Defendants the sum of One Million, Three Hundred Fifty Thousand Dollars ($1,350,000.00) for the destruction of Bryan Keith Woodward's power to earn money and the sum of Seven Hundred Fifty Thousand Dollars ($750,000.00) for Bryan Keith Woodward's physical pain and mental suffering, for a total sum of Two Million, One Hundred Thousand Dollars ($2,100,000.00), with interest thereon at the rate of 0.29 percent as provided by law, and appropriate costs of action.

(2) That Plaintiff Lauren Madison Hebert shall recover of the Defendants the sum of Two Million Dollars ($2,000,000.00) for the loss of affection and companionship from her father from the date of his death through her eighteenth birthday, with interest thereon at the rate of 0.29 percent as provided by law, and appropriate costs of action.

(3) That Plaintiff David T. Royse, Conservator for Mattie-Kay Hebert, and Plaintiff Mattie-Kay Hebert shall recover of the Defendants the sum of Three Million Dollars ($3,000,000.00) for the loss of affection and companionship from her father from the date of his death through her eighteenth birthday, with interest thereon at the rate of 0.29 percent as provided by law, and appropriate costs of action.

(4) Matters relating to costs will be deferred pending the filing of bills of costs by the appropriate parties and any objections thereto.

(5) This judgment is final and appealable, as there is no just reason for delay; and

(6) This matter is **DISMISSED AND SHALL BE STRICKEN FROM THE ACTIVE DOCKET**. This February 10, 2011.



Signed By:

*Karl S. Forester* KSF

**United States Senior Judge**