UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

Eastern District of Kentucky
FILED
JUN 21 2011
AT LEXINGTON
LESLIE G WHITMER
CLERK U S DISTRICT COURT

CIVIL ACTION (MASTER FILE) NO. 5:06-CV-316 - KSF

IN RE: AIR CRASH AT LEXINGTON, KENTUCKY, AUGUST 27, 2006

RELATING TO:

*Hebert, et al. v. Comair*, et al., No. 5:07-CV-320

ORDER

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court, *sua sponte*, to distribute funds that were paid into the Court Registry Investment System.

**IT IS ORDERED** that the Clerk is **DIRECTED** to issue checks from the Court Registry Investment System as follows:

1. A check made payable to Twin City Fire Insurance Company, in care of their attorney Steven D. Goodrum, Ward, Hocker & Thornton, PLLC, 333 W. Vine Street, Suite 1100, Lexington, Kentucky 40507, in the sum of $1,210.73, which is the amount paid by Twin City between June 3 and June 24, 2011 ($1,816.00), multiplied by 0.6667. Twin City is thereafter relieved of its obligation to pay $454 per week to Bryan Woodward's dependents.

2. A check made payable to the Rapoport Law Offices, P. C., 20 North Clark Street, Suite 3500, Chicago, Illinois 60602, in the sum of $771,150.73 ($715,000.00 plus $56,150.73).

3. A check made payable to Motley Rice LLC, 28 Bridgeside Boulevard, Mount Pleasant, South Carolina 29464 in the sum of $245,500.00.

4. A check made payable to The Duhon Law Firm, 1113 Johnston Street, P. O. Box 53566, LaFayette, Louisiana 70505 in the sum of $56,245.00.

5. A check made payable jointly to the Rapoport Law Offices, P.C., 20 North Clark Street, Suite 3500, Chicago, Illinois 60602; Jamie Hebert, as Administratrix of the Estate of Bryan Woodward; Lauren Hebert; and Mattie-Kay Hebert for the balance of the funds, including all interest earned from the date of deposit, after deduction of the Registry Fee.

6. Because there are questions regarding who is ultimately entitled to receive the funds awarded to the Estate of Bryan Woodward for wrongful death, Rapoport Law Offices, P.C. is **ORDERED** to provide a copy of this Court's June 9, 2011 Opinion [DE 3935] promptly to the Louisiana Probate Court and to hold the wrongful death funds in an appropriate trust account pending a final distribution order from the probate court.

This June 20, 2011.

*[signature]*

Karl S. Forester, Senior Judge